FILED
2011 Feb-04 PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-CV-201<br>Date of Filing<br>01/07/2011 |  ELECTRONICALLY FILED<br>1/7/2011 6:46 AM<br>CV-2011-900047.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>ANNE-MARIE ADAMS, CLERK |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### TIFFANY AUSTIN v. BRUNO'S ET AL

**First Plaintiff:** ☐ Business  ☑ Individual   **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other   ☐ Government  ☐ Other

**NATURE OF SUIT:**

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☑ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture
  Appeal/Enforcement of Agency Subpoena/Petition to
  Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP-Contempt of Court
☐ CONT-Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND- Equity Non-Damages Actions/Declaratory
  Judgment/Injunction Election Contest/Quiet Title/Sale For
  Division
☐ CVUD-Eviction Appeal/Unlawful Detainer
☐ FORJ-Foreign Judgment
☐ FORF-Fruits of Crime Forfeiture
☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB-Protection From Abuse
☐ FELA-Railroad/Seaman (FELA)
☐ RPRO-Real Property
☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP-Workers' Compensation
☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ **INITIAL FILING**      A ☐ **APPEAL FROM**      O ☐ **OTHER**
                                          **DISTRICT COURT**

         R ☐ **REMANDED**      T ☐ **TRANSFERRED FROM**
                                **OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ Yes  ☐ No

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**   LOD001        1/7/2011 6 44 41 AM             /s LEE WENDELL LODER

**MEDIATION REQUESTED:**   ☐ Yes  ☑ No  ☐ Undecided



**EXHIBIT**
**B**



ELECTRONICALLY FILED
1/7/2011 6:46 AM
CV-2011-900047.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BESSEMER DIVISION**

| | |
|---|---|
| **TIFFANY AUSTIN,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **VS.** | ) **CASE NO.** _____ |
| | ) |
| **BRUNOS AND CERTEGY PAYMENT** | ) |
| **RECOVERY SERVICES, INC.** | ) |
| | ) |
| | ) |
| **DEFENDANTS.** | ) |

## COMPLAINT

Comes now the plaintiff, **TIFFANY AUSTIN**
hereinafter referred to as "plaintiff" by her
attorney and says the following:

### I. PARTIES

1.   The plaintiff **TIFFANY AUSTIN** is a citizen of
the United States and a resident of the State of
Alabama.

2.   The defendant, **Certegy** (hereinafter
referred to as "Defendant" or "Check Verifier"), is

a sole proprietorship, partnership, corporation, or other governmental entity organized under the laws of Alabama and its principal place of business is in Tuscaloosa, Alabama. It is a consumer reporting agency as defined by the FCRA.

3. The defendant, **Bruno's**, (hereinafter referred to as "Defendant"), is a sole proprietorship, partnership, corporation, or other governmental entity organized under the laws of Alabama and its principal place of business is in Birmingham, Alabama.

## II. JURISDICTION

4. The plaintiff alleges that the defendants are subject to suit and engaged in conduct in violation of 15 U.S.C. § 1681, et. seq.

5. The defendant is also subject to jurisdiction under state common law actions of negligence, defamation, invasion of privacy, etc.

## III. **FACTS**

6. During 2008, the plaintiff's checks were stolen.

7. The thieves then wrote a check ("stolen check") to Bruno's on **November 19, 2008.** Upon information and belief, the defendant Bruno's copied and inspected the check writers identifying information to prove their identity in order to accept the check. The check writers gave Bruno's a false driver's license number that was different from the plaintiff's driver's license. In spite of the false driver's license and, in spite, of the fact that the person presenting the check was not the plaintiff, Bruno's accepted the check and Certegy verified the same. Both Bruno's and Certegy knew or should have known or been able to ascertain within minimal investigation the plaintiff's correct driver's license number and/or knew or should have

known that the person who gave them the check was not the plaintiff.

8. Bruno's referred the wrongly verified check to Certegy without first verifying the accuracy of the identifying information and verifying that the driver's license was the plaintiff's. Certegy failed to verify that the driver's license and other identifying information was accurate and belonged to the plaintiff.

9. Consequently, **from 2008 to present,** both defendants caused inaccurate and negative information to be reported on the plaintiff's credit report and in other credit databases.

10. On **March 25, 2009,** the defendants referred the check for prosecution and the defendant Bruno's signed a warrant for the plaintiff's arrest based on the stolen check. The plaintiff notified the defendants by phone that said checks were stolen.

11.    On **September 15, 2009,** after the warrant was signed, but before the plaintiff was arrested, the defendant Certegy's principal, Certegy Check Services acknowledged that the plaintiff had contacted it concerning the stolen check.  After such notification the defendants failed to reinvestigate said information to ascertain the accuracy of the identifying information and sold the check and otherwise shared the information with The Bourassa Law Group, LLC.

12. Furthermore, defendant Certegy failed to notify defendant Bruno's that said check was stolen and otherwise failed to notify all other agencies as required by law.  The plaintiff was arrested for charges related to the stolen check on **November 18, 2009.**

## IV. CAUSE(S) OF ACTION

### COUNT ONE - 15 U.S.C. 1681, et. seq.,

### (The Fair Credit Reporting Act or "FCRA"))

13. The plaintiff incorporates by reference paragraphs one through twelve as if fully set out herein.

14. The defendant Certegy failed to maintain reasonable procedures for verifying the identity of check writers, including but not limited to, verifying the driver's license, birthdate and other identifying information on the check in violation of section 1681e(a) of the FCRA and failed to reasonably verify the accuracy of said information in violation of 1681e(b) and 1681s-2(a)(1)(A), (a)(2) and (a)(3).

15. The defendant reported and shared information about the stolen check after having been

notified that said check was stolen in violation of 1681s-2(a)(1)(A), (a)(2) and (a)(3) the FCRA.

16. The defendant Certegy failed to notify defendant Bruno's that said check was stolen after the plaintiff notified it of the same in violation of 1681k(g) and 1681s-2(a)(1)(A), (a)(2) and (a)(3) of the FCRA.

17. Also, at all times relevant herein, there was an absence of written or oral guidelines which foster discovery of incorrect identifying information on checks and stolen identities.

18. As a result of the Defendants' actions, plaintiff suffered the following injuries: lost wages and benefits, extreme mental anguish, past present and future pain and suffering, past, present and future medical bills, lost profits, permanent injury, damage to her reputation and credit

standing, loss of check writing privileges and access to credit, an unlawful arrest, etc.

19. The plaintiff seeks to redress the wrongs alleged herein for declaratory relief, other equitable relief, and damages, as well as other remedies which the cause of justice shall require. The plaintiff is now suffering and will continue to suffer irreparable injury from the Defendants' unlawful policies and practices unless enjoined by this Court.

**COUNT TWO - SLANDER & LIBEL/SLANDER & LIBEL PER SE**

20. The plaintiff incorporates by reference paragraphs one through nineteen as if fully set out herein.

21. The defendants made false and defamatory statements to private credit agencies and public law

enforcement that the plaintiff committed a crime and wrote bad checks.

22.   These statements were reckless, intentional & malicious and caused the plaintiff ridicule and disgrace and otherwise injured her reputation.   The false and defamatory comments make it appear that the plaintiff is a criminal and the defendants' conduct resulted in a wrongful arrest, a negative public arrest record and wrongful and malicious prosecution.

**COUNT THREE - INVASION OF PRIVACY/FALSE LIGHT**

23. The plaintiff re-alleges and incorporates by reference paragraphs one through twenty-two as if fully set out below.

24. With knowledge of their falsity and/or reckless disregard for the same, the defendants'

false and defamatory statements intruded into the
plaintiff's physical solitude, gave publicity to
private information about the plaintiff that
violates ordinary decency & put the plaintiff in
a false light.

25. As a consequence of said false light
portrayal and contrary to her dedicated work
ethic, the plaintiff has experienced emotional
distress, humiliation and shame.

## COUNT FOUR - NEGLIGENCE & MALICIOUS PROSECUTION

26. The plaintiff re-alleges and
incorporates by reference paragraphs one
through twenty-five as if fully set out below.

27. The Defendants' had a duty to verify
the accuracy of the identifying information on
the check and verify the identity of the check

writer.   The defendants' breached this duty by

failing to verify the information on the check,

failing to verify the identity of the check

writer and implementing reasonable procedures

to accomplish the same.

## V.    **PRAYER FOR RELIEF**

WHEREFORE, the plaintiff prays that this Court

will assume jurisdiction of this matter and:

1.   Issue a finding that the Defendants'

policies, practices, procedures and customs are

violative of the rights of the plaintiff, as secured

by the Fair Credit Reporting Act, 15 U.S.C.A. § 1681

et. seq, as amended and common law identified

herein.

2.    Grant the plaintiff such other relief as

this cause may require, including compensatory

damages, punitive damages, special damages, costs,

attorney's fees and expenses.

3.    Enjoining the defendants from continuing

to engage in such unlawful practices and grant such

other relief as is just and appropriate.

Respectfully Submitted,

s/Lee Wendell Loder
Lee Wendell Loder
Attorney for Plaintiff
Loder, P.C.
PO Box 13545
Birmingham, Alabama 35202
(205)326-0566

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

**SERVE DEFENDANTS AT:**

Bruno's
800 Lakeshore Parkway
Birmingham, Alabama 35211

Certegy Payment Recovery Services, Inc.
3500 5th Street
Northport, AL 35476

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | **Case Number:**<br>01-CV-2011-900047.00 |
|---|---|---|

## IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### TIFFANY AUSTIN v. BRUNO'S ET AL

**NOTICE TO** BRUNO'S, 800 LAKESHORE PARKWAY, BIRMINGHAM, AL 35211

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY LEE WENDELL LODER

WHOSE ADDRESS IS P.O. BOX 13545, BIRMINGHAM, AL 35202

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   TIFFANY AUSTIN
pursuant to the Alabama Rules of the Civil Procedure

| 1/7/2011 6:46:38 AM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s LEE WENDELL LODER |
|---|---|
| | Plaintiff's/Attorney's Signature |

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                _____
Date                Server's Signature

| State of Alabama | **SUMMONS** | **Case Number:** |
| Unified Judicial System | - CIVIL - | 01-CV-2011-900047.00 |
| Form C-34 Rev 6/88 | | |

## IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### TIFFANY AUSTIN v. BRUNO'S ET AL

**NOTICE TO**  CERTEGY PAYMENT RECOVERY SERVICES, INC., 3500 - 5TH STREET, NORTHPORT, AL 35476

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY LEE WENDELL LODER

WHOSE ADDRESS IS P.O. BOX 13545, BIRMINGHAM, AL 35202

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    TIFFANY AUSTIN
pursuant to the Alabama Rules of the Civil Procedure

| 1/7/2011 6:46:38 AM | /s ANNE-MARIE ADAMS | |
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s LEE WENDELL LODER |
| | Plaintiff's/Attorney's Signature |

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

| _____ | _____ |
| Date | Server's Signature |

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | **Case Number:**<br>01-CV-2011-900047.00 |
| --- | --- | --- |

## IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### TIFFANY AUSTIN v. BRUNO'S ET AL

**NOTICE TO**

CERTEGY PAYMENT RECOVERY SERVICES. INC . 3500 - 5TH STREET NORTHPORT, AL 35476

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY LEE WENDELL LODER

WHOSE ADDRESS IS P O  BOX 13545  BIRMINGHAM, AL 35202

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure

[ ] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

[✓] Service by certified mail of this summons is initiated upon the written request of   TIFFANY AUSTIN
pursuant to the Alabama Rules of the Civil Procedure

| 1/7/2011 6 46 38 AM | /s ANNE-MARIE ADAMS | |
| --- | --- | --- |
| Date | Clerk/Register | By |

| [✓] Certified mail is hereby requested | /s LEE WENDELL LODER |
| --- | --- |
| | Plaintiff's/Attorney's Signature |

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on

[ ] I certify that I personally delivered a copy of the Summons and Complaint to

_____ in _____ County, Alabama on _____

Date                        Servers Signature

### 01-CV-2011-900047.00
TIFFANY AUSTIN v  BRUNO'S ET AL

| C001 - TIFFANY AUSTIN | v.  D002  CERTEGY PAYMENT RECOVERY SERVICES  INC |
| --- | --- |
| Plaintiff | Defendant |



**SERVICE RETURN COPY**



JAN 7, 2011

# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
TIFFANY AUSTIN v. BRUNO'S ET AL

**01-CV-2011-900047.00**

To:   CLERK BIRMINGHAM
      clerk.birmingham@alacourt.gov

**TOTAL POSTAGE PAID FOR CERTIFIED MAIL: $12.98**

Parties to be served by **Certified Mail - Return Receipt Requested**

BRUNO'S                                                 Postage: $6.49
800 LAKESHORE PARKWAY
BIRMINGHAM, AL 35211

7009 1680 0001 9566 8259

CERTEGY PAYMENT RECOVERY SERVICES, INC.                 Postage: $6.49
3500 - 5TH STREET
NORTHPORT, AL 35476

7009 1680 0001 9566 8266

Parties to be served by **Certified Mail - Restricted Delivery - Return Receipt Requested**



JAN 7, 2011

# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
TIFFANY AUSTIN v. BRUNO'S ET AL

**01-CV-2011-900047.00**

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

**TOTAL POSTAGE PAID FOR CERTIFIED MAIL: $12.98**

Parties to be served by **Certified Mail - Return Receipt Requested**

BRUNO'S                                                      Postage: $6.49
800 LAKESHORE PARKWAY
BIRMINGHAM, AL 35211

7009 1680 0001 9566 8259

CERTEGY PAYMENT RECOVERY SERVICES, INC.                     Postage: $6.49
3500 - 5TH STREET
NORTHPORT, AL 35476

7009 1680 0001 9566 8266

Parties to be served by **Certified Mail - Restricted Delivery - Return Receipt Requested**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CERTEGY PAYMENT RECOVERY SERVICES, INC.
3500 - 5TH STREET
NORTHPORT, AL 35476

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _William Martin_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
William Martin    1-8-11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☒ No

Doc2
CV-2011 -9000 47 S+C

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7009 1680 0001 9566 8266

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

**ANNE-MARIE ADAMS, CLERK**
JEFFERSON COUNTY CIRCUIT COURT
CIVIL DIVISION - ROOM 400
716 NO. RICHARD ARRINGTON BLVD.
**BIRMINGHAM, ALABAMA 35203**

FILED IN OFFICE

JAN 12 2011

ANNE-MARIE ADAMS
Clerk

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**BRUNO'S**
**800 LAKESHORE PARKWAY**
**BIRMINGHAM, AL 35211**

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

Dovl

CV-2011 -9000 47 Ste

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*

7009 1680 0001 9566 8259

PS Form **3811**, February 2004      Domestic Return Receipt      102595-02-M-1840



UNITED STATES POSTAL SERVICE

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN THIS OFFICE
JAN 12 2011
ANNE-MARIE ADAMS
Clerk

**ANNE-MARIE ADAMS, CLERK**
JEFFERSON COUNTY CIRCUIT COURT
CIVIL DIVISION - ROOM 400
716 NO. RICHARD ARRINGTON BLVD
**BIRMINGHAM, ALABAMA 35203**

| **STATE OF ALABAMA**<br>Unified Judicial System | **Revised 3/5/08** | | | ELECTRONICALLY FILED<br>1/17/2011 7:53 AM<br>CV-2011-900047.00 |
|---|---|---|---|---|
| 01-JEFFERSON - BIRMINGHAM | ☐ District Court | ☑ Circuit Court | | Case CV201190000FEBSON COUNTY, ALABAMA<br>ANNE-MARIE ADAMS, CLERK |

| TIFFANY AUSTIN V. BRUNO'S ET AL | **CIVIL MOTION COVER SHEET**<br>*Name of Filing Party: C001 - AUSTIN TIFFANY* |
|---|---|

| *Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*<br>LEE WENDELL LODER<br><br>P.O. BOX 13545<br>BIRMINGHAM, AL 35202<br><br>*Attorney Bar No.:*  LOD001 | ☐ Oral Arguments Requested |
|---|---|

## TYPE OF MOTION

| **Motions Requiring Fee** | **Motions Not Requiring Fee** |
|---|---|
| ☐ Default Judgment ($50.00)<br><br>☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)<br><br>☐ Judgment on the Pleadings ($50.00)<br><br>☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00)<br><br>☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)<br><br>☐ Summary Judgment pursuant to Rule 56($50.00)<br><br>☐ Motion to Intervene ($297.00)<br><br>☐ Other _____<br><br>pursuant to Rule _____ ($50.00)<br><br>_____<br><br>*Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees.<br><br>☐ Local Court Costs $ _____ | ☐ Add Party<br>☐ Amend<br>☐ Change of Venue/Transfer<br>☐ Compel<br>☐ Consolidation<br>☐ Continue<br>☐ Deposition<br>☐ Designate a Mediator<br>☐ Judgment as a Matter of Law (during Trial)<br>☐ Disburse Funds<br>☐ Extension of Time<br>☐ In Limine<br>☐ Joinder<br>☐ More Definite Statement<br>☐ Motion to Dismiss pursuant to Rule 12(b)<br>☐ New Trial<br>☐ Objection of Exemptions Claimed<br>☐ Pendente Lite<br>☑ Plaintiff's Motion to Dismiss<br>☐ Preliminary Injunction<br>☐ Protective Order<br>☐ Quash<br>☐ Release from Stay of Execution<br>☐ Sanctions<br>☐ Sever<br>☐ Special Practice in Alabama<br>☐ Stay<br>☐ Strike<br>☐ Supplement to Pending Motion<br>☐ Vacate or Modify<br>☐ Withdraw<br>☐ Other _____<br>pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)  ☐ | Date:<br><br>1/17/2011 7:52:20 AM | Signature of Attorney or Party:<br>/s LEE WENDELL LODER |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



ELECTRONICALLY FILED
1/17/2011 7:53 AM
CV-2011-900047.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | |
|---|---|
| **TIFFANY AUSTIN,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **VS.** | ) **CV 2011-900047-MGG** |
| | ) |
| **BRUNOS AND CERTEGY PAYMENT** | ) |
| **RECOVERY SERVICES, INC.** | ) |
| | ) |
| | ) |
| **DEFENDANTS.** | ) |

### PLAINTIFF'S VOLUNTARY MOTION
### TO DISMISS BRUNO'S, ONLY

COMES THE PLAINTIFF, pursuant to the Alabama
Rules of Civil Procedure, and moves this Court to
enter an order dismissing the case against defendant
Bruno's, only, without prejudice and with each party
to bear their own costs.  As grounds the plaintiff
says as follows:

The defendant Bruno's is currently involved in a

Chapter 11 bankruptcy in the Northern District of
Alabama.

WHEREFORE, the plaintiff prays that this court
will grant this motion and grant such other relief
as is just and appropriate.

Respectfully Submitted,

s/Lee Wendell Loder
Lee Wendell Loder
Attorney for Plaintiff
Loder, P.C.
PO Box 13545
Birmingham, Alabama 35202
(205)326-0566

## CERTIFICATE OF SERVICE

I hereby certify that a copy of **PLAINTIFF'S
VOLUNTARY MOTION TO DISMISS BRUNO'S, ONLY** was served
on the defendants by electronic filing on this the
17th day of January, 2011.

Lee Wendell Loder



ELECTRONICALLY FILED
1/17/2011 10:19 AM
CV-2011-900047.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| **TIFFANY AUSTIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **BRUNO'S and CERTEGY PAYMENT** | )   **Civil Action No. CV-2011-900047** |
| **RECOVERY SERVICES, INC.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### SUGGESTION OF BANKRUPTCY AND NOTICE OF DISCHARGE INJUNCTION

COMES NOW, Defendant Bruno's Supermarkets, LLC n/k/a BFW Liquidation, LLC, by and through its Liquidating Trustee, William S. Kaye ("Bruno's") and notifies the Court that Bruno's filed a chapter 11 bankruptcy case on February 5, 2009 in the U.S. Bankruptcy Court for the Northern District of Alabama, Southern Division (case no. 09-00634-BGC). Due to this bankruptcy filing, the proceedings in this Court against Bruno's are stayed pursuant to 11 U.S.C. § 362 or otherwise enjoined pursuant to the provisions of Bruno's confirmed chapter 11 plan, and the filing of this litigation was a violation of said provisions.

Respectfully submitted this 17th day of January, 2011.

#### GREENBERG TRAURIG, LLP

/s/ John D. Elrod
John D. Elrod (ELR003)
elrodj@gtlaw.com
The Forum, Suite 400
3290 Northside Parkway
Atlanta, GA 30327
(678) 553-2259
Counsel for William Kaye, the Liquidating
Trustee for BFW Liquidation, LLC

## **CERTIFICATE OF SERVICE**

This is to certify that on this day I have served the foregoing pleading upon counsel for

the Plaintiff via first class U.S. Mail or electronic mail.

Lee Wendell Loder, Esq.
Loder, P.C.
PO Box 13545
Birmingham, AL 35202

Certegy Payment Recovery Services, Inc.
3500 5th Street
Northport, AL 35476

This 17th day of January, 2011.

### **GREENBERG TRAURIG, LLP**

/s/ John D. Elrod
John D. Elrod



ELECTRONICALLY FILED
1/19/2011 4:03 PM
CV-2011-900047.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| **TIFFANY AUSTIN,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **VS.** | ) **CV 2011-900047-MGG** |
| | ) |
| **BRUNOS AND CERTEGY PAYMENT** | ) |
| **RECOVERY SERVICES, INC.** | ) |
| | ) |
| | ) |
| **DEFENDANTS.** | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENT

Please take notice that, pursuant to ARCP, plaintiff has served on all counsel of record the following discovery documents:

(X) Plaintiff's First Interrogatories & RFP

Respectfully Submitted,

s/Lee Wendell Loder
Lee Wendell Loder
Attorney for Plaintiff
Loder, P.C.
P. O. Box 13545
Birmingham, AL 35202-3545
(205) 326-0566

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this **NOTICE OF SERVFICE OF DISCOVERY DOCUMENT** was served on all parties identified below by electronic filing and/or by U.S. mail on this 19th day of January, 2011.

Certegy Payment
Recovery Services, Inc.
3500 5th Street
Northport, AL 35476

s/Lee Wendell Loder

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION**

| | |
|---|---|
| **TIFFANY AUSTIN,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **VS.** | ) **CV 2011-900047-MGG** |
| | ) |
| **BRUNOS AND CERTEGY PAYMENT** | ) |
| **RECOVERY SERVICES, INC.** | ) |
| | ) |
| | ) |
| **DEFENDANTS.** | ) |

## PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now the plaintiffs, and hereby request the above named defendant, to respond to the discovery below on or before **the time required in the Alabama Rules of Civil Procedure:**

1.      Itemize all checks and/or accounts you have serviced related to the plaintiff.   Produce a copy of each file whether in electronic or in paper form.

2.   Itemize any and all checks that you claim

were delinquent or not properly paid. Produce a copy of each check whether in electronic or in paper form.

3. Identify each and every time information relating to the plaintiff's checks or alleged checks was reported to anyone including a third party agency and/or credit reporting agencies.

4. Produce copy(ies) of all oral or written statements of all parties given or transferred to some other person or entity other than the attorney for these parties.

5. Produce the statement of any other witness other than the parties to this action.

6. Produce all letters, notes, memoranda or other records of defendant, its predecessors, heirs and assigns, relating to this plaintiff's checks or alleged checks.

7. Produce copies of all articles,

treatises, books, journals, literature, textbooks, rules , regulations, guidelines, by-laws or other documents, including those from governmental authorities, inspecting or reviewing authorities, private bodies, etc. which will be used at any depositions or trial of this cause.

8.  Produce all identifying documents and disclosures made to the defendants concerning this plaintiff's checks or alleged checks.

9.  Produce all collection letters sent to the plaintiff.

10.  Produce all reports and documents prepared by the experts who defendant intends to call at trial.

11.  Produce each of the following that were in effect at the time this plaintiff's checks or alleged checks were serviced and collected:

Operating Procedure Manual/Policy

Rules and Regulations concerning verification

of identity of check writers

Job Description Manual

Policies and Procedures for reporting

information to third parties

Any agreement, contract or memorialization of

the relationship between the defendants and

Certegy and any other check verification

agency

12. Produce a copy of any and all audits of the defendant, its predecessors, assigns, and heirs, relating to how it manages, collects and/or services checks.

13. Produce a copy of any oral or written statements, signed or unsigned, transcribed or not, or any memorialization of any statement given or acquired by you, your agents or attorneys, from any plaintiff herein or any person or persons having

contact with any plaintiff or any member of the plaintiffs' family.

14. Produce a copy of each and every report prepared on the behalf of any defendant herein, its counsel, insurance carriers or any representative thereof which was prepared by any expert listed above, and indicate whether said report was submitted in oral form, written form or both.

15. Produce a copy of each administrative law, rule, guideline, bylaw, protocol, regulation and procedure that was in effect at the time that the plaintiff's checks or alleged checks were serviced and that governed the manner in which the plaintiff's checks or alleged checks were serviced and collected by defendant.

16. Produce a copy of each and every record reflecting or memorializing any conversation with the plaintiff.

17. Produce a copy of any record reflecting and/or memorializing each and every occasion on which the plaintiffs made contact with defendant, its agents and/or assigns.

18. Produce copy(ies) of all records, the existence of which is known by you and not previously identified, including photographs, drawings, or tangible objects, that you plan on submitting or introducing at trial in this matter in defense of this claim.

19. Produce a copy of the business license, county license and state registration form for your entity.

20. Do you have any documents, the existence of which is known by you and not previously identified and/or requested herein, including photographs, drawings, or tangible objects, that you plan on submitting or introducing at trial in

this matter in defense of this claim.   Describe and

produce a copy of each.

        Respectfully Submitted,

        s/Lee Wendell Loder
        Lee Wendell Loder
        Attorney for Plaintiff
        Loder Law Firm
        P.O. Box 13545
        Birmingham, Alabama 35202-3545
        (205) 326-0566

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this **PLAINTIFFS' FIRST REQUEST FOR INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** was served on all parties identified below by electronic filing and/or by U.S. mail on this 19th day of January, 2011.

Certegy Payment
Recovery Services, Inc.
3500 5th Street
Northport, AL 35476

        s/Lee Wendell Loder