# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TIFFANY AUSTIN,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:11-cv-00401-JHE |
| **CERTEGY PAYMENT RECOVERY SERVICES, INC., and CERTEGY CHECK SERVICES, INC.,** | } |
| **Defendants,** | } |

## MEMORANDUM OF OPINION AND ORDER

The Magistrate Judge filed a Report and Recommendation (Doc. #119) on March 22, 2013, recommending that Plaintiffs' Motion for Summary Judgment on her claims against Certegy Check Services, Inc. as to liability only (Doc. #100) be denied. The parties were advised of their right to file specific written objections. Plaintiff has filed objections to the Report and Recommendation. (Doc. #120). Defendant Certegy Check Services, Inc. responded to Plaintiff's objections. (Doc. #121).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, Plaintiff's objections, and Defendant's response, the court is of the opinion that the Magistrate Judge's Report is due to be and hereby is **ADOPTED** and the Recommendation is **ACCEPTED**. Accordingly, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff's Motion for Summary Judgment (Doc. #100) is **DENIED**.

This matter is **REFERRED** to the Magistrate Judge for further proceedings consistent with this opinion and order.

**DONE** and **ORDERED** this ___14th___ day of August, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE