UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIFFANY AUSTIN,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:11-CV-00401-RDP |
| **CERTEGY PAYMENT RECOVERY SERVICES, INC., and CERTEGY CHECK SERVICES, INC.,** | } |
| Defendants. | } |

## MEMORANDUM OF OPINION AND ORDER

The Magistrate Judge filed a Report and Recommendation (Doc. #124) on January 13, 2014, recommending that Defendants' Motion for Summary Judgment (Doc. #58) be granted. The parties were advised of their right to file specific written objections. Plaintiff has filed objections to the Report and Recommendation. (Doc. #125). Defendants responded to Plaintiff's objections. (Doc. #127).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, Plaintiff's objections, and Defendants' response, the court is of the opinion that the Magistrate Judge's Report is due to be and hereby is **ADOPTED** and the Recommendation is **ACCEPTED**. Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Defendants' Motion for Summary Judgment (Doc. #58) is **GRANTED** and that final judgment be entered in favor of Defendants. All of Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this February 11, 2014.

                                                _____
                                                **R. DAVID PROCTOR**
                                                UNITED STATES DISTRICT JUDGE